```
UNITED STATES DISTRICT COURT                             | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                            | DOCUMENT
                                                         | ELECTRONICALLY FILED
                                                         | DOC #: _____
                                                         | DATE FILED: 5/20/2021
```

------------------------------------------------------------- X
                                                                             :

BRENDA RYAN, *individually and on behalf of*  :
*all others similarly situated*,  :
                                                                             :        1:21-cv-04485-GHW
                                             Plaintiff,  :
                                                               :             ORDER
                            -against-                    :
                                                               :

STRAIGHT ARROW PRODUCTS, INC.,  :

                                   Defendant.  :

------------------------------------------------------------- X

This action has been referred to the assigned Magistrate Judge for general pretrial matters and dispositive motions. Accordingly, the initial pretrial conference scheduled for August 17, 2021 is adjourned.

      SO ORDERED.

Date:   May 20, 2021                                       _____
        New York, NY                                            GREGORY H. WOODS
                                                                  United States District Judge