```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brenda Ryan, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Straight Arrow Products, Inc.,

        Defendant.

1:21-cv-04485 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties today, it is hereby Ordered that, given the September 15, 2021 deadline for Plaintiff to file an Amended Complaint (*see* Memo Endorsement, ECF No. 25), Defendant shall respond to the Amended Complaint no later than October 15, 2021.

**SO ORDERED.**

DATED:    New York, New York
             August 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge