```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brenda Ryan, individually and on behalf of all others similarly situated,

               Plaintiff,

-against-

Straight Arrow Products, Inc.,

               Defendant.

1:21-cv-04485 (GHW) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that the parties' proposed briefing schedule regarding Defendant's motion to dismiss (*see* Def.'s Not. of Mot., ECF No. 31 (setting forth proposed schedule)) is approved. Plaintiff shall respond to Defendant's motion no later than December 2, 2021 and Defendant shall file any reply no later than December 23, 2021. The Court will consider Defendant's request for oral argument following review of the complete motion papers.

SO ORDERED.

DATED:    New York, New York
            November 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge