```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brenda Ryan, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

Straight Arrow Products, Inc.,

          Defendant.

1:21-cv-04485 (GHW) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

As addressed during today's oral argument, it is hereby Ordered that, no later than February 4, 2022, Plaintiff shall file a supplemental memorandum of law, not to exceed ten pages, addressing the argument raised by Defendant in its reply memorandum regarding whether Plaintiff may assert claims based on products that she did not purchase. Defendant shall file its response, not to exceed 3 pages, no later than February 11, 2022.

SO ORDERED.

DATED:    New York, New York
             January 26, 2022

_____
STEWART D. AARON
United States Magistrate Judge